■ In the Matter of CHARLES TERRY, Petitioner, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, Respondent. [708 NYS2d 909] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

After submitting a urine sample which tested positive for the presence of opiates, petitioner, a prison inmate, was charged with using a controlled substance. Following a tier III hearing, he was found guilty of the charge. Contrary to petitioner's contention, the misbehavior report and positive test results, together with the testimony presented at the hearing, provide substantial evidence of petitioner's guilt (*see, Matter of Aviles v Selsky*, 264 AD2d 883). We also reject petitioner's claim that the urinalysis sample was not handled properly. The evidence sufficiently demonstrated that the drug testing was performed in accordance with applicable procedures and that the chain of custody was adequately established (*see,* 7 NYCRR 1020.4 [e]; *Matter of Selby v Coombe*, 249 AD2d 597). Petitioner's remaining arguments have been examined and found to be without merit.

Cardona, P. J., Crew III, Graffeo, Mugglin and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.